United States District Court
Southern District of Texas
FILED

SEP 0 3 1999

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
<u>SOUTHERN</u> DISTRICT OF <u>TEXAS</u>

MISCELLANEOUS

------------------------------------------X
IN RE:  Request from Mexico Pursuant to      )
        the Treaty on Cooperation Between    )
        the United Mexican States and the    )
        United States of America for         )   No. B-99-032
        Mutual Legal Assistance in the       )
        Matter of _____  )

------------------------------------------X

APPLICATION FOR ORDER PURSUANT TO THE TREATY
ON COOPERATION BETWEEN THE UNITED MEXICAN STATES AND
THE UNITED STATES OF AMERICA FOR MUTUAL LEGAL ASSISTANCE
<u>AND TITLE 28, UNITED STATES CODE, SECTION 1782</u>

The United States petitions this Court for an Order, pursuant to Article 7 of the <u>Treaty on Cooperation Between The United Mexican States and the United States of America for Mutual Legal Assistance</u> [27 I.L.M 443 (March 1988)], 28 U.S.C. §1782, and its own inherent authority, appointing Mark M. Dowd as Commissioner to collect evidence from witnesses and to take such other action as is required to execute the attached request from Mexico made pursuant to the Treaty.

Respectfully submitted,

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

By: _____
    Mark M. Dowd
    Assistant United States Attorney

(Revised 4/28/94)                6