6

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Letty Garza |
| LAW CLERK | ☐ Nicolas   ☒ Koerner |

United States District Court
Southern District of Texas
**FILED**

**DEC 0 6 1999**

Michael N. Milby
Clerk of Court

DATE: `1 2` — `6` — `99`

TIME:
| | a.m. | | | a.m. |
|---|---|---|---|---|
| `1:37` | p.m. | | `1:44` | p.m. |

CIVIL ACTION: B `99` MISC `32`

STYLE: IN RE: REQUEST FROM MEXICO PURSUANT TO THE TREATY ON COOPERATION ~~LEGAL~~ BETWEEN THE UNITED MEXICAN STATES AND THE UNITED STATES OF AMERICA FOR MUTUAL LEGAL ASSISTANCE IN THE MATTER OF DANNY LEONARDO GONZALEZ

## DOCKET ENTRY

(HGT)   ☐ Hearing; _____ day   ☐ Bench or ☐ Jury Trial   ☒ (Rptr. Breck Record)   GOVERNMENT

MARK DOWD _____ for   ☐ Ptf. #_____   ☐ Deft. #
_____ for   ☐ Ptf. #_____   ☐ Deft. #
_____ for   ☐ Ptf. #_____   ☐ Deft. #
_____ for   ☐ Ptf. #_____   ☐ Deft. #

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

☐   Argument heard on:   ☐ all pending motions;   ☐ these topics:

_____

_____

_____

☐   Motions taken under advisement: _____

☒   Order to be entered.

COMMENTS: MARK DOWD READ AND HAD NO OBJECTION TO THE ORDER PREPARED BY THE COURT.