IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 0 8 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| In re: Request from Mexico Pursuant to the Treaty on Cooperation between the United Mexican States and the United States of America for Mutual Legal Assistance in the Matter of Danny Leonardo Gonzalez § § § § § § § § § | CIVIL ACTION NO. B-99-032 (Miscellaneous) |

ORDER

BE IT REMEMBERED that on December 6, 1999 the Court considered the ex parte request from Mexico seeking evidence under the Treaty on Cooperation between the United Mexican States and the United States of America for Mutual Legal Assistance ("Treaty on Cooperation"). Upon review of the Mexican government's request, the United States's application, and in exercise of the authority conferred upon this Court by the Treaty on Cooperation and 28 U.S.C. § 1782, IT IS HEREBY ORDERED that:

1. Assistant United States Attorney Mark Dowd is appointed as a Commissioner of this Court pursuant to 28 U.S.C. § 1782 and the Treaty on Cooperation.

2. The Commissioner is authorized to:

    a. take such steps as are necessary, within the confines of this Order, to collect the evidence requested;

    b. issue commissioner's subpoenas,

    c. provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

    d.    collect the requested evidence in accordance with the procedures detailed in the Treaty Request [Dkt. No. 2]. To the extent that the procedures included in the Treaty Request do not govern or apply to situations that may arise during the collection of the requested evidence, the Commissioner is to comply with the Federal Rules of Criminal Procedure;

    e.    to seek such further orders of this Court as may be necessary to execute this request;

    f.    certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to Mexico.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigations and/or representatives of Mexico.

DONE at Brownsville, Texas, this ___6___ day of December 1999.

_____
Hilda G. Tagle
United States District Judge